IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILDCAT INVESTMENTS, LLC, AND B&B FOODS, L.L.C.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER: 3:05CV900-B<br>) JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

TO DEFENDANT:

Wildcat Investments of Alabama, LLC
National Registered Agents Inc
150 S Perry St
Montogmery, AL 36104

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                             9/28/05
CLERK OF COURT                                                  DATE

By: _[signature]_
Deputy Clerk

IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of<br>him and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>WILDCAT INVESTMENTS, LLC,<br>AND B&B FOODS, L.L.C.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NUMBER: 3:05CV900-B<br>                JURY DEMAND |

### SUMMONS

**TO DEFENDANT:**

B & B Foods, LLC
Wackerlin, Kristopher B
126 N College Street
Auburn, AL 36830

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK OF COURT

By: _/s/_
Deputy Clerk

DATE 9/28/05