| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. Miller   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   Date of Delivery<br>C. Miller   10/20/05 |
| 1. Article Addressed to:<br>Wildcat Investments of AL<br>National Registered Agent<br>150 Perry Street<br>Montgomery, AL 36104<br><br>05-900 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>RECEIVED<br>OCT 26 2005<br>DISTRICT COURT<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0000 1980 4591 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540