IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 NOV -8  A 10: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No.: 3:05-CV-900-DRB |
| WILDCAT INVESTMENTS, LLC, AND B&B FOODS, L.L.C. ) ) ) ) | |
| Defendants. ) | |

## APPEARANCE

Gregory H. Andrews, Isham R. Jones, III and Kerry Lin Davidson of **ANDREWS KOEHLER & PASSARELLI, P.C.**, hereby enter the Appearance of Defendants, **WILDCAT INVESTMENTS, LLC and B&B FOODS, L.L.C.**, and their Appearance as their attorneys, and requests that all copies of all Pleadings, Orders and other documents be served upon the undersigned for said parties in lieu of service upon the parties.

Respectfully submitted this 7th day of November, 2005.

WILDCAT INVESTMENTS, LLC,
and B&B FOODS, L.L.C.

By: _____
One of Defendants' Attorneys

Gregory H. Andrews (ILARDC 6209480)
Isham R. Jones, III (ILARDC 6243202)
Kerry Lin Davidson (ILARDC 6277341)
ANDREWS KOEHLER & PASSARELLI, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532
Telephone: (630) 505-9939
Facsimile: (630) 505-9969

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a true and correct copy of Defendants' **APPEARANCE** upon the below-noticed individual(s) via U.S. Mail, first class postage prepaid on this 7th day of November, 2005.

> Jon C. Goldfarb (GOL015)
> Maury S. Weiner (WEI021)
> Kell Simon (SIM061)
> Wiggins, Childs, Quinn & Pantazis, LLC
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama 35203

_Gregory H. Andrews_