# EXHIBIT 1



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Kerry Lin Davidson

was duly admitted to practice in this Court on    January 21, 2004

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on          Michael W. Dobbins, Clerk of Court

November 2, 2005

by    Esperanza Arnold

Deputy Clerk



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Gregory Harvey Andrews

was duly admitted to practice in this Court on   December 17, 1992

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on         Michael W. Dobbins, Clerk of Court

November 2, 2005            *Esperanza Arnold*
                            by    Esperanza Arnold
                                  Deputy Clerk



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

        Isham Russell Jones III

was duly admitted to practice in this Court on     December 20, 1999

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on       Michael W. Dobbins, Clerk of Court

November 2, 2005

                        by    Esperanza Arnold

                              Deputy Clerk