IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN REAVES on behalf of himself and others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs | ) ) | 3:05-CV-900-B |
| WILDCAT INVESTMENTS, LLC, and B & B FOODS, LLC., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of *Defendants' Motion for Leave to File Appearance, Pro Hac Vice* (Doc. 6, filed November 8, 2005), it appears that Kerry Lin Davidson, Gregory Harvey Andrews, and Isham Russell Jones, III are members in good standing of the United States District Court, Northern District of Illinois, and are otherwise eligible to appear *pro hac vice* in this proceeding as counselors of record for Defendants.

Accordingly, it is **ORDERED** that the *Motion* is **GRANTED.**

DONE this 16th day of November, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE