IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 3:05-CV-900-DRB ) |
| WILDCAT INVESTMENTS, LLC, AND B&B FOODS, L.L.C. | ) ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Wildcat Investments, L.L.C. and B&B Foods, L.L.C., by and through their attorneys, Gregory H. Andrews, Isham R. Jones, III and Kerry Lin Davidson, of Andrews Koehler & Passarelli, P.C., make the following Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and M.D. Ala. Civil Misc. No. 3047:

Neither Wildcat Investments, L.L.C. nor B&B Foods, L.L.C. have a parent corporation, and no publicly held corporation owns 10% or more of the stock of either corporation.

Respectfully submitted this 29th day of November, 2005.

                                      WILDCAT INVESTMENTS, LLC,
                                      and B&B FOODS, L.L.C.

                              s/     **Gregory H. Andrews**
                                      Gregory H. Andrews
                                      Isham R. Jones, III
                                      Kerry Lin Davidson
                                      Attorneys for Defendants
                                      ANDREWS KOEHLER & PASSARELLI, P.C.
                                      4343 Commerce Court, Suite 615
                                      Lisle, Illinois 60532
                                      Telephone: (630) 505-9939
                                      Facsimile: (630) 505-9969
                                      E-mail: gandrews@akplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon C. Goldfarb (GOL015)
>Maury S. Weiner (WEI021)
>Kell Simon (SIM061)
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, Alabama 35203

>s/    **Gregory H. Andrews**
>Gregory H. Andrews
>Isham R. Jones, III
>Kerry Lin Davidson
>Attorneys for Defendants
>ANDREWS KOEHLER & PASSARELLI, P.C.
>4343 Commerce Court, Suite 615
>Lisle, Illinois 60532
>Telephone: (630) 505-9939
>Facsimile: (630) 505-9969
>E-mail: gandrews@akplaw.com