**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 15, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Reaves v. Wildcat Investments, LLC et al
      Civil Action No. 3:05-cv-00900-B

The above-styled case has been reassigned to Judge Mark Fuller.

Please note that the case number is now 3:05-cv-00900-F.

This new case number should be used on all future correspondence and pleadings in this action.

Debra P. Hackett, Clerk

/s/ Debbie Yates
    Deputy Clerk