IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, on behalf of him and others similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WILDCAT INVESTMENTS, LLC, )<br>*et al.*, )<br>)<br>Defendants. ) | CASE NO. 3:05-cv-900-F |

# **ORDER**

Upon consideration of Defendants' Request for Plaintiff's Counsel to Report Attorneys' Fees and Expenses (Doc. #13) filed on December 28, 2005, it is hereby

ORDERED that the motion is GRANTED. Plaintiff's counsel shall file the first report on February 6, 2006 and continue on the first Monday of each month thereafter while this matter is pending.

Counsel may file the above under seal either by placing the same in a sealed envelope with the case name and number and labeled as "attorney time records to be filed under seal," or in compliance with CM/ECF Administrative Procedures III(A). If material is filed under seal, counsel for the plaintiff must also file and serve upon opposing parties or their counsel a document stating the total number of hours for each person performing work included in the filing under seal. At the conclusion of this case, the seal will be lifted without further order.

DONE this the 4th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE