IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No.: 3:05-CV-900-F |
| WILDCAT INVESTMENTS, L.L.C., AND B&B FOODS, L.L.C. ) ) ) ) | |
| Defendants. ) | |

**AGREED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Defendants **WILDCAT INVESTMENTS, L.L.C., and B&B FOODS, L.L.C.**, by and through their attorneys Gregory H. Andrews and Isham R. Jones, III, of Andrews Koehler & Passarelli, P.C., hereby move this Court for an Order allowing Kerry Lin Davidson to withdraw her appearance as counsel for Defendants in this matter. In support thereof, Defendants' counsel state as follows:

1. Kerry Lin Davidson previously entered her Appearance as counsel for Defendants in this case along with other members of the law firm of Andrews Koehler & Passarelli, P.C.

2. On January 6, 2006, Kerry Lin Davidson terminated her employment with the law firm of Andrews Koehler & Passarelli, P.C.

3. Kerry Lin Davidson wishes to withdraw her appearance as counsel for Defendants. See Affidavit of Kerry Lin Davidson attached hereto as **Exhibit A**.

4. Defendants will continue to be represented by other members of the law firm of Andrews Koehler & Passarelli, P.C., who have previously entered their Appearance in this matter.

5.   Counsel for Plaintiff has no objection to this motion.

**WHEREFORE**, it is prayed that this Court grant this motion and allow Defendants' counsel, Kerry Lin Davidson, to withdraw her Appearance as counsel for Defendants in this matter.

Dated: January 17, 2006              **WILDCAT INVESTMENTS, L.L.C.,**
                                     **and B&B FOODS, L.L.C.**


                        s/    **Gregory H. Andrews**
                              Gregory H. Andrews
                              Isham R. Jones, III
                              ANDREWS KOEHLER & PASSARELLI, P.C.
                              4343 Commerce Court, Suite 615
                              Lisle, Illinois 60532
                              Telephone: (630) 505-9939
                              Facsimile: (630) 505-9969
                              E-mail: gandrews@akplaw.com

                              **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing **AGREED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon C. Goldfarb (GOL015)
>Maury S. Weiner (WEI021)
>Kell Simon (SIM061)
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, Alabama  35203

>s/ **Gregory H. Andrews**
>Gregory H. Andrews
>Isham R. Jones, III
>ANDREWS KOEHLER & PASSARELLI, P.C.
>4343 Commerce Court, Suite 615
>Lisle, Illinois 60532
>Telephone: (630) 505-9939
>Facsimile: (630) 505-9969
>E-mail: gandrews@akplaw.com