## AFFIDAVIT OF KERRY LIN DAVIDSON

1. I, Kerry Lin Davidson, am currently an associate at Meckler Bulger & Tilson, LLP.

2. January 6, 2006 was my last day as an attorney for the law offices of Andrews Koehler & Passarelli, P.C.

3. I wish to withdraw my appearance as counsel for Wildcat Investments, L.L.C., and B&B Foods, L.L.C.

4. The law offices of Andrews, Koehler & Passarelli, P.C., will remain counsel for Wildcat Investments, L.L.C., and B&B Foods, L.L.C.

_____
Kerry Lin Davidson

SUBSCRIBED and SWORN TO
before me this 11th day of January, 2006.

_____
Notary Public

"OFFICIAL SEAL"
Mary T. Murphy
Notary Public, State of Illinois
My Commission Expires May 18, 2006

**EXHIBIT A**