IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, *on behalf of him and others similarly situated*, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 3:05-CV-900-WKW |
| WILDCAT INVESTMENT, LLC; and B&B FOODS, L.L.C., ) ) ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (doc. #17) filed on January 17, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 25th of January, 2006.

                                              /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE