IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) ) | CIVIL ACTION NUMBER: 3:05-CV-900-F |
| WILDCAT INVESTMENTS, LLC, AND B&B FOODS, L.L.C. ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF FILING OF ATTORNEY'S FEES RECORDS**

Plaintiff, through her undersigned counsel and pursuant to this Court's Order, hereby gives notice of this filing (under seal) of the time records in this case. The following is a summary of hours worked:

TOTAL ATTORNEY HOURS THIS FILING:    11.80

TOTAL PARALEGAL HOURS THIS FILING:   0

TOTAL HOURS THIS FILING:             11.80

                Respectfully submitted,

                s/Jon C. Goldfarb
                Jon C. Goldfarb
                Maury S. Weiner
                Counsel for Plaintiff

**OF COUNSEL**:

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

     I do hereby certify that I have filed a copy of the above and foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

Gregory H. Andrews
Isham R. Jones, III
Kerry Lin Davidson
Attorneys for Defendants
Andrews Koehler & Passarelli, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532

this the   15th  day of  February , 2006.

                                           s/Jon C. Goldfarb
                                           OF COUNSEL