IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-900-WKW |
| ) | |
| WILDCAT INVESTMENTS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the plaintiff's Unopposed Motion for Extension of Deadlines (Doc. # 23), filed on March 9, 2006. This motion is due to be granted in part and denied in part. The plaintiff's request to extend the deadline by 60 days to move for class certification and to amend the pleadings is GRANTED. The plaintiff's request to extend all other deadlines in this case by 60 days is DENIED.

It is hereby ORDERED that

1. Section 5 of the Uniform Scheduling Order entered in this case (Doc. # 20) is amended to reflect that motions for class certification shall be filed on or before June 26, 2006.

2. Section 4 of the Uniform Scheduling Order entered in this case (Doc. # 20) is amended to reflect that motions to amend the pleadings and to add parties shall be filed on or before June 12, 2006.

3. All other deadlines in this case remain unchanged.

DONE this the 20th day of March, 2006.

          /s/  W.  Keith Watkins
         UNITED STATES DISTRICT JUDGE