IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILDCAT INVESTMENTS, LLC, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 3:05-CV-900-WKW |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Amend the Complaint (Doc. # 28), filed on May 25, 2006, it is hereby ORDERED that the defendant shall show cause on or before June 15, 2006 why the motion should not be granted.

DONE this the 1st day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE