**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| SHAWN REAVES on behalf of )<br>him and others similarly situated, )<br>    )<br>        Plaintiff, )<br>    )<br>  vs. )<br>    )<br>WILDCAT INVESTMENTS, L.L.C., )<br>AND B&B FOODS, L.L.C. )<br>    )<br>        Defendants. ) | Case No.: 3:05-CV-900-WKW |

**MOTION TO WITHDRAW ISHAM R. JONES, III,
AS COUNSEL FOR DEFENDANTS**

Defendants **WILDCAT INVESTMENTS, L.L.C., and B&B FOODS, L.L.C.**, by and through their attorney Gregory H. Andrews of Andrews Koehler & Passarelli, P.C., hereby move this Court for an Order allowing Isham R. Jones, III, to withdraw his appearance as counsel for Defendants in this matter. In support thereof, Defendants' counsel states as follows:

1. Isham R. Jones, III, previously entered his Appearance as counsel for Defendants in this case along with other members of the law firm of Andrews Koehler & Passarelli, P.C.

2. As of June 2, 2006, Isham R. Jones, III, is no longer employed by the law firm of Andrews Koehler & Passarelli, P.C.

3. Isham R. Jones, III, wishes to withdraw his appearance as counsel for Defendants. See Affidavit of Isham R. Jones, III, attached hereto as **Exhibit A**.

4. Defendants will continue to be represented by other members of the law firm of Andrews Koehler & Passarelli, P.C., who have previously entered their Appearance in this matter.

**WHEREFORE**, it is prayed that this Court grant this motion and allow Isham R. Jones, III, to withdraw his Appearance as counsel for Defendants in this matter.

Dated: June 12, 2006                     **WILDCAT INVESTMENTS, L.L.C.,**
                                         **and B&B FOODS, L.L.C.**


                                         s/     **Gregory H. Andrews**
                                                Gregory H. Andrews
                                                ANDREWS KOEHLER & PASSARELLI, P.C.
                                                4343 Commerce Court, Suite 615
                                                Lisle, Illinois 60532
                                                Telephone: (630) 505-9939
                                                Facsimile: (630) 505-9969
                                                E-mail: gandrews@akplaw.com

                                                **ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed the foregoing **AGREED MOTION TO WITHDRAW ISHAM R. JONES, III, AS COUNSEL FOR DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon C. Goldfarb (GOL015)
>Maury S. Weiner (WEI021)
>Kell Simon (SIM061)
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, Alabama  35203

>s/    **Gregory H. Andrews**
>Gregory H. Andrews
>ANDREWS KOEHLER & PASSARELLI, P.C.
>4343 Commerce Court, Suite 615
>Lisle, Illinois 60532
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail: gandrews@akplaw.com