## AFFIDAVIT OF ISHAM R. JONES, III

1. I, Isham R. Jones, III, am a former associate attorney with the law firm of Andrews, Koehler & Passarelli, P.C.

2. June 2, 2006 was my last day as an attorney for the law offices of Andrews Koehler & Passarelli, P.C.

3. I wish to withdraw my appearance as counsel for Wildcat Investments, L.L.C., and B&B Foods, L.L.C.

4. The law offices of Andrews, Koehler & Passarelli, P.C., will remain counsel for Wildcat Investments, L.L.C., and B&B Foods, L.L.C.

_____
Isham R. Jones, III

SUBSCRIBED and SWORN TO
before me this 2d day of June, 2006.

_____
Notary Public

OFFICIAL SEAL
KATHLEEN A. ELLIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-5-2007

**EXHIBIT A**