IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-900-WKW |
| | ) |
| WILDCAT INVESTMENTS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #30) filed on June 1, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 13th of June, 2006.

                       /s/  W.  Keith Watkins
                 UNITED STATES DISTRICT JUDGE