## IN THE UNITED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **SHAWN REAVES on behalf of** ) | |
| **him and others similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | **3:05-CV-900-WKW** |
| ) | |
| ) | |
| **WILDCAT INVESTMENTS,** ) | |
| **LLC, AND B&B FOODS, L.L.C.** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO FILE ATTORNEY TIME RECORDS
### OUT OF TIME

**COMES NOW** the plaintiff in the above-styled cause and request that this Honorable Court allow plaintiff to file attorney time records out of time. In support of this motion, the plaintiff states the following:

1. On January 4, 2006, the Court entered an Order that requires plaintiff's counsel to file attorney time records under seal.

2. Plaintiff's counsel inadvertently failed to file with the Court the attorney time records for May of 2006.

3. Plaintiff requests that the Court allow plaintiff's counsel to file these time

1

records out of time. Defendant will not be prejudiced by the granting of this motion.

Wherefore, Premises Considered, plaintiff requests that the Court grant his motion.

> Respectfully submitted,
>
> s/Maury S. Weiner
> Jon C. Goldfarb
> Maury S. Weiner
> Counsel for Plaintiff

**OF COUNSEL**:

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

# CERTIFICATE OF SERVICE

  I do hereby certify that I have filed a copy of the above and foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

Gregory H. Andrews
Kerry Lin Davidson
Attorneys for Defendants
Andrews Koehler & Passarelli, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532

this the  19th  day of  June , 2006.

                 s/Maury S. Weiner
                OF COUNSEL