IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-900-WKW |
| ) | |
| WILDCAT INVESTMENTS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the Plaintiff's Motion to Amend the Complaint (Doc. # 28), filed on May 25, 2006, and Motion to File Attorney Time Records Out of Time (Doc. # 32), filed on June 19, 2006. It is hereby ORDERED that both motions are GRANTED. The plaintiff shall file his amended complaint in its entirety with the Clerk's office.

DONE this the 23rd day of June, 2006.

                                                  /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE