IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) WILDCAT INVESTMENTS, LLC, ) AND B&B FOODS, L.L.C. ) ) Defendants. ) | Case No.: 3:05-CV-900-WKW |

**ORDER**

This matter is before the Court on **DEFENDANTS' UNCONTESTED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE.** The Court being fully advised in the premises and having jurisdiction of the matter;

IT IS HEREBY ORDERED THAT:

1. **DEFENDANTS' UNCONTESTED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** is granted.

2. The October 24, 2006, dispositive motion deadline is stricken.

3. All dispositive motions must be filed with the Court by November 30, 2006.

4. All other deadlines in this case remain unchanged.

DONE this the ___ day of August, 2006.

_____
District Judge W. Keith Watkins

Jon C. Goldfarb (GOL015)
Maury S. Weiner (WEI021)
Kell Simon (SIM061)
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
**ATTORNEYS FOR PLAINTIFF**

Gregory H. Andrews (ILARDC 6209480)
Leslie J. Johnson (ILARDC 6277732)
ANDREWS KOEHLER & PASSARELLI, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532
Telephone:  (630) 505-9939
Facsimile:  (630) 505-9969
**ATTORNEYS FOR DEFENDANTS**