**EXHIBIT 2**

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 3:05-CV-900-DRB ) |
| WILDCAT INVESTMENTS, LLC, AND B&B FOODS, L.L.C. | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on **DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE *PRO HAC VICE***. The Court being fully advised in the premises and having jurisdiction of the matter;

IT IS HEREBY ORDERED THAT:

1. **DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE *PRO HAC VICE*** is granted.

2. Leslie J. Johnson is granted leave to file her additional appearance *pro hac vice*.

DONE this the ___ day of August, 2006.

_____
District Judge W. Keith Williams

Jon C. Goldfarb (GOL015)
Maury S. Weiner (WEI021)
Kell Simon (SIM061)
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

**ATTORNEYS FOR PLAINTIFF**

1

Gregory H. Andrews (ILARDC 6209480)
Leslie J. Johnson (ILARDC 6277732)
ANDREWS KOEHLER & PASSARELLI, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532
Telephone: (630) 505-9939
Facsimile: (630) 505-9969

**ATTORNEYS FOR DEFENDANTS**