# IN THE UNITED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SHAWN REAVES** on behalf of him and others similarly situated, | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) **CIVIL ACTION NUMBER:** ) **3:05-CV-900-F** ) |
| **WILDCAT INVESTMENTS, LLC, AND B&B FOODS, L.L.C.** | ) ) ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW

**COMES NOW**, Maury S. Weiner of Wiggins, Childs, Quinn & Pantazis, LLC, and moves the Court for permission to withdraw Kell A. Simon as counsel for Plaintiff in this case. As grounds for this Motion, movant states as follows:

1.    Kell A. Simon is no longer working for Wiggins, Childs, Quinn & Pantazis, LLC, effective June 30, 2006.

2.    Jon C. Goldfarb and Maury S. Weiner are already counsel of record for the Plaintiff in this case, and will continue to represent Plaintiff. No party will be prejudiced in any way by the withdrawal of Kell A. Simon as counsel for Plaintiff.

                Respectfully submitted,

                s/Maury S. Weiner
                Jon C. Goldfarb
                Maury S. Weiner
                Counsel for Plaintiff

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants) this  18th  day of  August , 2006:

Gregory H. Andrews
Isham R. Jones, III
Kerry Lin Davidson
Attorneys for Defendants
Andrews Koehler & Passarelli, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532

this the  18th  day of  August  , 2006.

                s/Maury S. Weiner
                OF COUNSEL