IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-900-WKW |
| ) | |
| WILDCAT INVESTMENTS, LLC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw filed on August 18, 2006 (Doc. # 39), it is hereby

ORDERED that the motion is GRANTED. Accordingly, attorney Kell A. Simon is hereby permitted to withdraw as counsel of record for the plaintiff.

DONE this 21st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE