IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-900-WKW |
| | ) | |
| WILDCAT INVESTMENTS, LLC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Uncontested Motion to Extend Dispositive Motion Deadline filed on August 15, 2006 (Doc. # 37), it is hereby

ORDERED that the motion is GRANTED. Accordingly, the deadline for filing dispositive motions is hereby extended from **October 24, 2006** to **November 21, 2006**.

DONE this 21st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE