IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-900-WKW |
| | ) |
| WILDCAT INVESTMENTS, L.L.C., *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion for Leslie J. Johnson to Appear Pro Hac Vice (Doc. #38) filed on August 15, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 21st day of August, 2006.

                                                /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE