IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-900-WKW |
| | ) |
| WILDCAT INVESTMENTS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the trial set for this case in Opelika, Alabama for the February 26, 2007 jury trial term is rescheduled for May 14, 2007.  The pretrial conference set for January 22, 2007, is rescheduled for April 9, 2007 in Opelika, Alabama.  All other dates and deadlines set forth in Docs. #41 & 20 remain the same.

Done this 12th day of October, 2006.


                                             /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE