# IN THE UNITED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SHAWN REAVES on behalf of** ) | |
| **him and others similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | **3:05-CV-900-WKW** |
| ) | |
| ) | |
| **WILDCAT INVESTMENTS,** ) | |
| **LLC, AND B&B FOODS,** ) | |
| **L.L.C.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE CONCERNING SETTLEMENT
## CONFERENCE AND MEDIATION

COME NOW the parties in the above-styled cause and report to the Court that they have conducted a settlement conference in accordance with the Court's Uniform Scheduling Order. Settlement of the case has been reached. However, the parties are still in the process of resolving the issue of when the defendant will pay the settlement proceeds. The parties intend to have this issue resolved on or before December 14, 2006.

1

                              Respectfully submitted,

                              s/Maury S. Weiner
                              Jon C. Goldfarb
                              Maury S. Weiner
                              Counsel for Plaintiffs

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 21st day of November, 2006 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such, to the following counsel of record:

Gregory H. Andrews
Leslie Johnson
Attorneys for Defendants
Andrews Koehler & Passarelli, P.C.
4343 Commerce Court, Suite 615
Lisle, Illinois 60532

this the   21st   day of  November , 2006.

                              s/Maury S. Weiner
                              OF COUNSEL