IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-900-WKW |
| | ) |
| WILDCAT INVESTMENTS, L.L.C., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

In the Notice Concerning Settlement Conference and Mediation filed by the parties on November 21, 2006 (Doc. # 46), the parties advised the court that the above-styled matter has settled. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is hereby

ORDERED that on or before December 22, 2006, the parties shall file a joint motion for approval of proposed settlement of claims under § 216(b) of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219.

DONE this 22nd day of November, 2006.

                                                  /s/   W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE