IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES on behalf of him and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILDCAT INVESTMENTS, LLC, )<br>AND B&B FOODS, L.L.C., )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>3:05-CV-900-WKW |

## PETITION FOR APPROVAL OF SETTLEMENT AGREEMENT

COME NOW the plaintiff, Shawn Reaves, and the defendants, Wildcat Investments, LLC, and B&B Foods, LLC, ("Defendants" or "Wildcat"), in the above-styled action, and jointly move for an Order approving the agreement between the parties to resolve plaintiff's lawsuit asserting claims under the Fair Labor Standards Act. As grounds for their motion, plaintiff and defendants state as follows:

1. Plaintiff's Complaint asserted claims under the Fair Labor Standards Act (FLSA) for back wages constituting unpaid overtime compensation.

2.  Defendants denied that plaintiff was entitled to any overtime compensation and contended that he was paid properly under the FLSA for all of the time that he worked.

3.  The parties have reached a settlement agreement covering all of plaintiff's claims and have memorialized the agreement in a document titled Settlement Agreement with General Release (the "Agreement").

4.  The Agreement between the parties is attached hereto as Exhibit 1.

5.  The parties assert that the settlement is a fair and reasonable compromise of plaintiff's claims under the FLSA.

WHEREFORE PREMISES CONSIDERED, plaintiff and defendants jointly request that the Court enter an Order, approving the settlement and finding that the agreement is a fair and reasonable resolution.

Respectfully submitted,

_____
Jon C. Goldfarb
Maury S. Weiner
Attorneys for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS LLC
The Kress Building
301 19th Street N.
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

2

/s/ Gregory H. Andrews
Gregory H. Andrews
Leslie J. Johnson
Counsel for Defendant

OF COUNSEL:

Andrews, Koehler & Passrelli, PC
4343 Commerce Court, Suite 615
Lisle, Illinois 60532
Telephone: (205) 251-3000
Facsimile: (205) 458-5100