IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN REAVES, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:05-cv-900-WKW )        (WO) |
| WILDCAT INVESTMENTS, LLC, *et al.*, | ) ) |
|     Defendants. | ) |

**STIPULATED JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. The settlement for plaintiff Shawn Reaves is approved.

2. This lawsuit is hereby DISMISSED with prejudice, with the parties to bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of January, 2007.

                            /s/  W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE